IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RONALD E. PROCTOR, JR.,                :
                                       :
        Plaintiff,                     :
                                       :
    v.                                 :  Civil Action No. 04-946 JJF
                                       :
C/O/ PHELPS and SGT. TOWNSEND,         :
                                       :
        Defendants.                    :

## O R D E R

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on March 14, 2004, this Court entered an Order dismissing the complaint for failure to pay the filing fee pursuant to 28 U.S.C. 1915(g) (D.I. 15);

WHEREAS, the plaintiff filed motions to consolidate the above-captioned case with other active cases pending before this Court (D.I. 7, 11, 12);

NOW THEREFORE, IT IS HEREBY ORDERED that the clerk of the court shall reopen this action. The Court shall review the plaintiff's motions to consolidate in due course.

June 29, 2005                         _____
    DATE                              UNITED STATES DISTRICT JUDGE